**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MELVIN DOWNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 5:10-cv-00182 |
| vs. | ) | |
| | ) | |
| PENTAGROUP FINANCIAL, LLC, | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| Defendant. | ) | |

NOW COMES the Plaintiff, Melvin Downey, by and through his attorney, M. LYNETTE

HARTSELL, and hereby notifies the Court that a Settlement Agreement has been reached.

Plaintiff will file the appropriate Dismissal with the Court, subsequent to the final approval and

exchange of documents between the parties.

Respectfully Submitted,

/s/ M. Lynette Hartsell
M. Lynette Hartsell (9845)
Attorney for Plaintiff
1010 Lakeview Drive
Cedar Grove, NC 27231
(888) 595-9111, ext. 713 (phone)
(866) 382-0092 (facsimile)
lhartsell@attorneys