# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| MELVIN DOWNEY, | ) |
| Plaintiff, | ) |
| | ) Case No. 5:10-cv-00182-BO |
| vs. | ) |
| PENTAGROUP FINANCIAL, LLC, | ) **STIPULATION OF DISMISSAL** |
| Defendant. | ) |

Now comes the Plaintiff, MELVIN DOWNEY, and the Defendant, PENTAGROUP FINANCIAL, LLC, and hereby advise the Court that they have stipulated that this matter shall be dismissed with prejudice, each party to assume their own costs, subject to a settlement agreement reached between the parties.

/s/ M. Lynette Hartsell
M. Lynette Hartsell (9845)
Attorney for Plaintiff
1010 Lakeview Drive
Cedar Grove, NC 27231
(888) 595-9111, ext. 713 (phone)
(866) 382-0092 (facsimile)
lhartsell@attorneysforconsumers.com


/s/ Luke P. Sbarra
Mr. Luke P. Sbarra
Hedrick Gardner Kincheloe & Garofalo, LLP
P.O. Box 30397
Charlotte NC 28230
(704) 366-1101 (phone)
(704) 366-6181 (fax)
lsbarra@hedrickgardner.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 20, 2010, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      /s/ M. Lynette Hartsell
M. Lynette Hartsell (9845)
Attorney for Plaintiff
1010 Lakeview Drive
Cedar Grove, NC 27231
(888) 595-9111, ext. 713 (phone)
(866) 382-0092 (facsimile)
lhartsell@attorneysforconsumers.com